JAMES MCCAULEY v. KATHLEEN M. SMITH.

September 11, 1987.

Petition for certification denied.

JOHN PARRINELLO, JR. v. BOARD OF ADJUSTMENT OF THE
TOWNSHIP OF WEST CALDWELL

September 11, 1987.

Petition for certification denied.

MARTA HADDOCK v. DEPARTMENT OF COMMUNITY
DEVELOPMENT, CITY OF PASSAIC.

September 11, 1987.

Petition for certification denied.   (See 217 *N.J.Super.* 592)

MARTA HADDOCK v. DEPARTMENT OF COMMUNITY
DEVELOPMENT, CITY OF PASSAIC.

September 11, 1987.

Cross-petition for certification denied.   (See 217 *N.J.Super.* 592)